Case 2:19-cv-00409-SPC-UAM   Document 1-1   Filed 06/18/19   Page 1 of 4 PageID 15

Contact Us Today! 239.261.4404        



ABOUT    SERVICES    RESOURCES    AVOW KIDS    VOLUNTEER    CAREERS    FOUNDATION    TREASURES    CONTACT

DONATE NOW

# Amazon

Home / Amazon

# Celebrate Aunt Janet's Birthday with a Gift to Avow Kids!

## AMAZON WISH LIST

Case 2:19-cv-00409-SPC-UAM   Document 1-1   Filed 06/18/19   Page 2 of 4 PageID 16

Help Janet Cohen celebrate Avow Kids in honor of her birthday. Aunt Janet's House, coming in Q2, 2019, will be the first and only freestanding center in Collier County for children who are healing from grief and loss. In 2018, Avow provided 1,259 bereavement visits to children between the ages of five through 17 in the Avow Kids program. The program includes art, music and play therapy, as well as group and family counseling and support.

It's easy to donate!

- Click the Amazon Wish List button below.

- Choose an item or items (the list can be sorted by pricing from low to high or high to low, there's a price-point for everyone).

- Add the items to your shopping cart, double check the quantity before purchasing and set it for the quantity you would like to purchase.

- Check out. Be sure to select Avow Kids for delivery!

- Leave a note with your name and address, so we know the gift is from you.

- Optional: we invite you to send us an e-mail with a birthday note for Janet. All notes will be delivered to Janet with updates about the wish list donations. E-mail Betsy.Keteltas@avowcares.org.

If you would like to make a cash donation in honor of Janet Cohen, or for any other reason, please visit our website or mail your contribution to Avow Foundation, 1095



**To learn more about these and other Avow programs and services, visit** www.avowcares.org. **To schedule a tour of Aunt Janet's house, please e-mail** betsy.keteltas@avowcares.org.

Whippoorwill Lane, Naples, FL 34105 and write Aunt Janet's Birthday in the memo line.

**AMAZON WISH LIST**





Avow Hospice, Inc. complies with applicable Federal civil rights laws and does not discriminate on the basis of race, color, national origin, age, disability, or sex.  Click for more information

ATTENTION: Language assistance services are available free of charge. Call 1-888-484-AVOW (2869).

Avow was founded in 1983 as Collier County's original, nonprofit hospice. Today, Avow's companies care not only for those who are terminally ill, but also for those who have serious and chronic illnesses or who have suffered great loss. The Avow companies are:

Avow® Hospice, Inc., a not-for-profit hospice, serving Collier County, Florida since 1983. (Florida Hospice License #5022096.) Avow Hospice, Inc. was formerly known as Hospice of Naples, Hospice of Marco Island and Hospice of Immokalee.

Avow® Care Services, Inc., a not-for-profit organization devoted to providing palliative medicine services in Collier County, Florida. Avow Hospice, Inc. is accredited by the Joint Commission.

239-235-0844

ATENCIÓN: si habla español, tiene a su disposición servicios gratuitos de asistencia lingüística. Llame al 1-888-484-AVOW (2869).

ATANSYON: Si w pale Kreyòl Ayisyen, gen sèvis èd pou lang ki disponib gratis pou ou. Rele 1-888-484-AVOW (2869).

Click for more translations

CLICK HERE TO LEARN ABOUT OUR HOSPICE PRIVACY PRACTICES (English and Spanish languages)

Avow Hospice, Inc. provides notice to its publics that when an individual has any concerns about patient care and safety in the organization, that the organization has not addressed, he or she is encouraged to contact the organization's management.

If the concerns cannot be resolved through the organization, the individual is encouraged to contact the Joint Commission at (630) 792-5000 or the Joint Commission web site at the Joint Commission web site.

Avow® is a registered service mark of Avow Hospice, Inc. All rights reserved. Copyright 2017-2018.

